UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 05 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 15cr1135-CAB |
| vs. | JUDGMENT OF DISMISSAL |
| Pablo Javier Frayre Martinez | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

_x_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense(s) as charged in the Information:

21:841(a)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 6/30/2016

Hon. Van M. Adler
United States Magistrate Judge